IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 15-cv-00441-MSK-CBS  Date: July 8, 2015
Courtroom Deputy: Amanda Montoya  FTR – Reporter Deck-Courtroom A402

*Parties:*  *Counsel:*

MASSAGE SCHOOL OF COLORADO, *et al.*,  Qinglin Qui *Pro se*
  Yijia Xia *Pro se*

Plaintiff,

v.

COLORADO DIVISION OF PRIVATE  William Allen
OCCUPATIONAL SCHOOL,

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 01:29 p.m.**
Court calls case. Appearances of counsel.

Discussion regarding Massage School of Colorado's status as a limited liability company.

Discussion regarding *MOTION [32] to Change MSC Registration and Remove 18.U.S.C. Sec 2236, 18 U.S.C. Sec 1001* and the Plaintiffs retaining counsel.

There is a proceeding before the Administrative Law Judge.

**ORDERED:**  An Early Neutral Evaluation is set for **July 31, 2015 at 10:00 a.m.**  The Plaintiffs and their translator must be present. A client representative for the Defendant does not need to be present.

*MOTION [16] to Stay Discovery Pending Resolution of Motion to Dismiss for Lack of Subject Matter Jurisdiction* is **GRANTED** and the case is STAYED.

Hearing Concluded.
**Court in recess: 02:21 p.m.**  Time in court: 00:52

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.